IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVSION

RECEIVED

2016 FEB 12 P 3: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

STACIA CROMARTIE

Plaintiff

vs.

Alabama State University                    Civil Action No. 2:16-cv-98-MHT

Defendant

James B Oliver

Defendant

Atoyia Masion

Defendant

Christopher Ray

Defendant

Stoney Davis

Defendant

E.V. James

Defendant

Kenneth Ray

Defendant

Rick Drake

Defendant

Huey Thronington

Defendant

JANE DOE(8)

Defendant

1.This court has jurisdiction pursuant to the following statues : 28. U.S.C 1331 , which gives district courts original jurisdiction over civil actions arising under the Constitution   law or treaties of the United States; at 29U.S.C 794 ( the Rehabilitation Act) ,and any person with disabilities Civil Rights Acts M.C.L 37.1101 ,et seq. (PDCRA).28 U.S.C. 1343 (3) and (4), which gives district court's jurisdiction over   actions to secure civil rights extended by the United States government; Venue is appropriate in this judicial district under 28 U.S.C.   1391 (b) because the events that gave rise to this Complaint occurred in this district.28 U.S.C. 1367 , which gives the district court supplemental jurisdiction over state law claims Plaintiff is a citizen of the United States and resides in the County of Montgomery, State of Alabama, which is in this Judicial district

2. Stacia Cromarrtie- Plaintiff 1934 Ceasarville Road Wetumpka, Al   36092

3.Alabama State University - Defendant 915 S Jackson St, Montgomery, AL 36104

James B Oliver Defendant 915 S Jackson St, Montgomery, AL 36104

Atoyia Masion Defendant 134 Patrick Street,  Prattville  AL   36067

Christopher Ray Defendant 915 S Jackson St, Montgomery, AL 36104

Stoney Davis Defendant 915 S Jackson St, Montgomery, AL 36104

Rick Drake Defendant 915 S Jackson St, Montgomery, AL 36104

Huey Thronington Defendant 915 S Jackson St, Montgomery, AL 36104

JANE DOE(2)Defendant 915 S Jackson St, Montgomery, AL 36104

4. Breach of implied contract, committing a hate crime, discriminating against student with disability, bias during the course of investigation, unlawful sharing private information. Violating the Constitutional Rights of Plaintiff Cromartie, Violating State and federal laws governing the safety of Plaintiff Cromartie. Intentionally causing damage to be done against Plaintiff Cromartie. The Defendant(s) violate their own student handbook. Violate the Plaintiff Cromartie 1 amendment right.

5. Plaintiff Cromartie Was a member of Alabama State University Band in the Fall of 2011. Plaintiff Cromartie signed a band contract along with the rest of the band members. Plaintiff Cromartie made it Aware to the defendant(s) Atoyia Mason, James Oliver and (JANE DOE) that the plaintiff had multiple medical conditions consisting of Seizures and Allergies. Both Defendant(s) was told to that certain activities would trigger and Seizures from the Plaintiff Cromartie was threaten to be killed made to do extreme exercises called being "SMOKED" that could set off a seizure by Defendant Atoyia Mason, James B Oliver. Defendant had students known as Drum Majors Conduct the band being Somked. In which Plaintiff Cromartie had to take part in, this happened when a team member kept getting caught having intercourse outside. Or if anyone considered a CRAB messed up. Plaintiff Cromartie continually came to the office of Defendant James Oliver in hopes to get the Hazing to stop. Defendant James B Oliver told Plaintiff Cromartie to Stop telling everything that goes on in the band.

Plaintiff Cromartie was forced to wear a t-shirt to practice every day known as a CRAB shirt. Both Defendant Atoyia Mason and James B Oliver where the creators. Defendant Atoyia Mason and (JANE DOE 1) wrote "red cross" crew and forever late taunting Plaintiff Cromartie multiple disabilities. Along with other these phrases was other marking Plaintiff Cromartie CRAB shirt also which Displayed the letter F on back as well in large font. The girls on the flag team ran by Defendant Atoyia Mason along with Plaintiff Cromartie was in courage to Pledge Their Section which consist of being hit by older members and having intercourse with different band members chosen by the Pledger. Plaintiff Cromartie take on and out of state game to Michigan and Smoked in (JANE DOE1) room. Defendant Atyoia Mason would teach routine to the other girls and not Plaintiff Cromartie. Defendant Atoyia Mason had the other teammates of Plaintiff Cromartie vote Plaintiff Cromartie off the field show for games because of Disabilities. Defendant James B Oliver was fully aware of all events a failed to report any.

Defendant James B Oliver and JANE DOE 2 took Plaintiff Cromartie 500 dollars and upon leaving the band never returned the money nor outfits paid for by Plaintiff Cromartie. Defendant(s) Alabama State University, James B Oliver, JANE DOE 2 and Stoney Davis, Huey Thornington, Kenneth Ray, E.V. James Christopher Ray are all aware the symbols on the floor outside the band building, these spray painted symbols tells what section in the band a CRAB must pledge in order to be accepted and have the right to wear the A shirt. Defendant Alabama State University approves the writing on the ground case knowing the meaning behind it. Plaintiff Cromartie got tired of no results with Defendant James B Oliver and went to Campus Police with her complaint. Plaintiff Cromartie wrote the report with Stoney Davis whom then

informed her that he was a Mighty Marching Hornet and nothing was going to get done to them because Defendant Cheif Huey Thornington was one as well.

Defendant Stoney Davis took Plaintiff Cromartie police report and refuse to give her a copy of it. However, Defendant Stoney Davis took a copy of Plaintiff Cromartie Complaint and gave it to Defendant James B Oliver. Plaintiff Cromarite was then kicked out of the band by Defendant James B Oliver because of the police report. The following year Plaintiff Cromartie in the fall of 2012 had a recorded meeting with Defendant Hey Thornington and E.V. James, Stoney Davis, in which case Defendant Huey Thornington informed Plaintiff Cromartie that Defendant Stoney Davis would receive a sanction for him mishandling my report. Also, that my police report was supposed to be private and not view by anyone. Defendant Christopher Ray, Stoney Davis, and E.V.James concluded that Plaintiff Cromartie was being discriminated against because of her multiple disabilities and Harassed but no criminal charges took place.

Plaintiff Cromartie then began working with Attorney E. Peyton Faulk in which Defendant(s) Alabama State University, James B Oliver, Atoyia Mason and Stoney Davis, Huey Thornington, Kenneth Ray, E.V. James Christopher Ray was all aware. Due to the fact that Alabama State university Refuse to help aid in my investigation against these Defendant(s) JANE DOES will be identified once names are found out. Defenant Alabama State University has yet to turn over any of the information I askes for so my complaint will be amended to all charges. All defendants where employees at the time of the incident and therefore makes Alabama State University Responsible for their actions.

6. I Pro se Plaintiff seek punitive relief in the amount of 50,000,000.00 dollars for pain and suffering, emotional distress, and Actual damages in the amount of 36,000.00 dollars. For violating Plaintiff Cromartie Civil Rights, Discrimination, Intentionally committing and assisting in an hate crime.

*Javia Cromartie*
1934 Leasarville Road
Wetumpka, Alabama
36092

334 354 1362