IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STACIA CROMARTIE,             )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )    2:16cv98-MHT
                              )       (WO)
ALABAMA STATE UNIVERSITY,     )
et al.,                       )
                              )
     Defendants.              )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 13) is adopted.

(2) This lawsuit is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B), with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 3rd day of May, 2016.

     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE